# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 3:26-CR-7-TES |
| | : | |
| GAVIN WAITE TAYLOR | : | |
| | : | |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that the case should be unsealed,

IT IS ORDERED that the case by unsealed in its entirety.

SO ORDERED this 29th day of April , 2026.

 

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE