IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**GAVIN WAITE TAYLOR,**<br><br>　*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:26-cr-00007-TES-CHW-1** |

**ORDER GRANTING SECOND MOTION TO CONTINUE TRIAL
IN THE INTEREST OF JUSTICE**

On April 15, 2026, the Grand Jury returned an 11-count indictment against

Defendant Gavin Waite Taylor. [Doc. 1]. Defendant Taylor is on bond pending trial.

[Doc. 12]; [Doc. 13]. Specifically, Defendant Taylor is charged with four counts of

Distribution of Child Pornography all in violation of 18 U.S.C. § 2252A(a)(2)(A) and

(b)(1); four counts of Receipt of Child Pornography all in violation of 18 U.S.C. §

2252A(a)(2)(A) and (b)(1); and three counts of Possession of Child Pornography all in

violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2). [Doc. 1, pp. 1–6].

On May 15, 2026, the Court issued a Notice of Pretrial Conference resetting a

pretrial conference in the above-captioned case for June 3, 2026. *See* Notice of Resetting

Hearing, *United States v. Taylor*, No. 3:26-cr-00007-TES-CHW-1 (M.D. Ga. May 15, 2026).

Trial is currently set to begin on July 27, 2026. [Doc. 20, p. 1]. On June 1, 2026, Defendant

Taylor filed a second Consent Motion for Continuance. [Doc. 21]. For the reasons stated

below, the Court finds that trial for the above-captioned case should be continued

pursuant to 18 U.S.C. § 3161(h), and it **GRANTS** the consent motion and **CONTINUES**

the pretrial conference and trial dates to September 2, 2026, and October 26, 2026,

respectively.

Based on defense counsel's representations to the Court that more time is needed

to review the discovery provided by the government to Defendant Taylor on May 12,

2026, the Court finds that the ends of justice served by granting a continuance outweigh

the public's best interests and those of Defendant Taylor in a speedy trial. 18 U.S.C. §

3161(h)(7)(A); [Doc. 21, ¶ 2]. Defendant Taylor also states that "further discussions"

between his counsel and "the government about resolution of the case are necessary to

provide effective representation to [him]." [Doc. 21, ¶ 2].

While the grant of a continuance is left to the sound discretion of the trial judge,

*United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986), the Court is limited by the

requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

18 U.S.C. § 3161(c)(1). However, the Act excludes from the 70-day period any

continuance based on "findings that the ends of justice served by taking such action

outweigh the best interest of the public and the defendant in a speedy trial." *Id.* at §

3161(h)(7)(A). In granting such a continuance, the Court may consider, among other factors, whether the failure to grant the continuance "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *Id.* at § 3161(h)(7)(B)(iv).

Since, for the reasons stated above, failure to grant a continuance would likely result in a miscarriage of justice, *id.* at § 3161(h)(7)(B)(i), it is **ORDERED** that Defendant Taylor's second consent motion for continuance is **GRANTED**, and trial of this case is **CONTINUED** to *October 26, 2026*, in Athens, Georgia. The pretrial conference date for trials beginning on that date is September 2, 2026. The delay occasioned by this continuance shall be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED**, this 2nd day of June, 2026.

*S/ Tilman E. Self, III*
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**

3